# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3379

_____

United States of America

*Plaintiff - Appellee*

v.

George Tavis Marino, II

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: June 4, 2025
Filed: June 9, 2025
[Unpublished]

_____

Before SHEPHERD, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

George Marino appeals the district court's[1] judgment entered upon his guilty plea to being a felon in possession of a firearm. His counsel has moved to withdraw,

---

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the district court's conclusion that he was an armed career criminal and subsequent imposition of an enhanced sentence under 18 U.S.C. § 924(e).

Upon careful review, we conclude that the district court correctly sentenced Marino as an armed career criminal based on his prior convictions as outlined in the presentence report. <u>See</u> <u>United States v. Myers</u>, 928 F.3d 763, 765-67 (8th Cir. 2019).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous appellate issues. Accordingly, we affirm the judgment and grant counsel's motion to withdraw.

_____